# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Chen v. Individuals, P'ships, Ass'ns Identified on Schedule A

Case Number: 22-cv-05530

An appearance is hereby filed by the undersigned as attorney for:

(Def. 40) qingdaominganranguojimaoyiyouxiangongsi

Attorney name (type or print): Daniel I. Konieczny

Firm: Tabet DiVito & Rothstein LLC

Street address: 209 S. LaSalle St., Suite 700

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6275293
(See item 3 in instructions)

Telephone Number: 312-762-9456

Email Address: dkonieczny@tdrlaw.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes ☐ No |
| Are you acting as local counsel in this case? | ☑ Yes ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 10, 2022

Attorney signature: S/ Daniel I. Konieczny
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015