## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Qi Chen, et al.

                                                      Plaintiff,

v.                                                                             Case No.: 1:22−cv−05530

                                                                             Honorable John Robert Blakey

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, et al.

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's agreed motion for entry of a consent judgment as to Defendants KWDZ (No. 1); Typk LLC (No. 2); and XingJian LLC (No. 3) and strikes the 5/24/23 Notice of Motion date. Enter Consent Judgment. All matters in dispute having been resolved, this case is closed. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.